# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

**Via ECF**

Hon. Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__05/19/2025__

May 16, 2025

Re:   *Loja et al v. Tabernacle, LLC et al.*
      Case No. 25-cv-00038 (JPO)(KHP)

Dear Judge Parker:

We represent Plaintiffs in the above-referenced matter and write jointly with counsel for Defendants, pursuant to the Court's Order dated May 5, 2025 (Dkt. No. 24). That Order granted the parties' request for an extension to submit a proposed conditional collective stipulation.

Since the Order was entered, the parties have been actively engaged in resolution discussions. The parties request that the Court hold in abeyance the deadline for the parties to file the proposed conditional collective stipulation while the parties continue such discussions.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

Application GRANTED IN PART.  The parties may have an additional 30 days to file the proposed stipulation (i.e., until June 16, 2025).  No further extensions will be granted without a showing of good cause.  The parties shall file a status update by June 10, 2025, indicating the status of the stipulation and whether the parties believe a settlement conference with the undersigned would be productive.

SO ORDERED:

_Katharine H. Parker_   05/19/2025
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE