USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/11/2025

> Application GRANTED. The stipulation shall be due June 27, 2025. No further extensions. The parties shall file a status update by June 24, 2025. Further, the Court hereby schedules an in-person case management conference to take place on Tuesday, July 8, 2025, at 3:00 p.m., in Courtroom 17-D at 500 Pearl Street, New York, NY 10007.
>
> SO ORDERED:   06/11/2025
>
> *Katharine H. Parker*
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE

Re:   *Loja et al v. Tabernacle, LLC et al.*
      Case No. 25-cv-00038 (JPO)(KHP)

Dear Judge Parker:

We represent Defendants in the above-referenced matter and write jointly with counsel for Plaintiffs, pursuant to the Court's Order dated May 19, 2025 (Dkt. No. 26), to provide the Court with an update on: (i) the status of the proposed conditional collective stipulation, and (ii) whether the parties believe a settlement conference would be productive. The parties also provide a brief update on the status of discovery.

The parties are still involved in active settlement discussions and do not believe a settlement conference is necessary at this time. While the parties continue to discuss settlement, to keep the case moving the parties are also continuing with discovery in the event a resolution is not reached. The parties intend to serve discovery responses by June 27, 2025, and raise any disputed issues with the Court by July 7, 2025. The parties respectfully request until June 27, 2025, to file the proposed conditional collective stipulation. Since the Court's May 19th Order, the parties have met and conferred numerous times by email and phone to discuss the issues in the Court's Order. The parties have been diligent in settlement efforts while also being mindful of discovery and the Court's directives.

We thank the Court for its attention to this matter and for considering this request.

Respectfully submitted,

*/s/ Richard I. Greenberg*
Richard I. Greenberg, Esq.